BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
510-637-3500 (phone)
510-637-3507 (fax)

Counsel for Defendant EBRAHIM DARIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4-10-70485 MAG |
| | ) | |
| Plaintiff, | ) | **ORDER DIRECTING UNITED STATES** |
| | ) | **MARSHAL TO PROVIDE NON-** |
| vs. | ) | **CUSTODIAL AIR TRANSPORTATION** |
| | ) | **FOR APPEARANCE IN ANOTHER** |
| EBRAHIM DARIAN, | ) | **JUDICIAL DISTRICT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

    This Court has ordered Ebrahim Darian to appear before the Magistrate Judge Gallo in the United States District Court for the Southern District of California on June 22, 2010, in Case No. 10-CR-2242 JM. The Court also found that Mr. Darian is unable to afford counsel and provisionally appointed the Federal Public Defender to represent him. The Court finds, under 18 U.S.C. § 4285, that Mr. Darian is financially unable to provide the necessary transportation to appear as ordered on his own. For this reason,

    IT IS ORDERED that the United States Marshals to provide Mr. Darian with one-way, non-custodial airfare to San Diego, California, so that he may appear on the scheduled date and time.

    Under section 4285, the Court also finds that Mr. Darian is unable to pay subsistence

1  expenses for his trip, and for this reason

2      IT IS ORDERED  that the United States Marshals provide Mr. Darian with $45.75 for

3  subsistence expenses, which is three quarters of the current per diem rate for Oakland, California.

6  Date: June _15, 2010

10      DONNA M. RYU
    United States Magistrate Judge